EDWARD G. DUFFY, complainant and appellant,

*v.*

ALFRED HARGAN et al., defendants and respondents.

[Filed June 23d, 1902.]

*Mr. James R. Nugent,* for the appellant.

*Messrs. Sommer & Adams,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated by Vice-Chancellor Stevens in the opinion delivered in the court below.  See *17 Dick. Ch. Rep. 588.*

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, COLLINS, FORT, GARRETSON, HENDRICKSON, PITNEY, BOGERT, KRUEGER, ADAMS, VREDENBURGH, VOORHEES, VROOM —15.

*For reversal*—None.